**FILED**

February 12, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DIEGO CORDOVA FLORES, ) <br> ) <br> Defendant. ) | Case No. 04CR00304-LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DIEGO CORDOVA FLORES , Case No. 04CR00304-LKK , Charge  SUPERVISED RELEASE VIOLATION , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   Conditions previously stated and the special conditions as stated on the record.

Issued at  Sacramento, CA  on  February 12, 2007  at  2:09 pm .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court

Proposed conditions of release for Diego Flores:

1. The defendant shall comply with the conditions of home curfew. During this time, he will remain at his place of residence between 9 pm and 6 am, unless his absence is approved in advance by the probation officer. The defendant shall maintain telephone service at his place of residence without an answering machine, call waiting, a modem, caller ID, call forwarding, or a cordless telephone for the duration of the curfew.

   At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

2. The defendant shall abstain from the use of alcoholic beverages and shall not frequent places where alcohol is the chief item of sale.



**FILED**

FEB 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK