**FILED**

JUL 31 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

DIEGO CORDOVA FLORES,

    Defendant.

CR.S-04-0304-LKK

**DETENTION ORDER**
(Violation of Pretrial Release, Probation or Supervised Release)

____ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

    ____ There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

    ____ There is clear and convincing evidence that the defendant has violated another condition of release and

    ____ based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

    ____ the person is unlikely to abide by any condition or combination of conditions of release. F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

    _X_ Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1   IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
2   practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3   Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant is confined shall deliver defendant
4   to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: July 31, 2008

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE