```
                                    FILED
                                    August 5, 2008
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA
                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DIEGO CORDOVA FLORES, )<br>)<br>Defendant. ) | Case No. 2:04CR00304-LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  DIEGO CORDOVA FLORES , Case No. 2:04CR00304 , Charge  18:3147 - Offense Committed while on Release , from custody for the following reasons:

    \_\_  Release on Personal Recognizance

    \_\_  Bail Posted in the Sum of $\_\_

        \_\_  Unsecured Appearance Bond

        \_\_  Appearance Bond with 10% Deposit

        \_\_  Appearance Bond with Surety

        \_\_  Corporate Surety Bail Bond

        ✔  (Other) Released on previously ordered conditions of release

Issued at  Sacramento, CA  on  August 5, 2008  at  10:09 am  .

                                              By  /s/
                                                   Lawrence K. Karlton
                                                   United States District Judge

Original - U.S. Marshal ✓